# Notice Recipients

District/Off: 0315−7     User: auto     Date Created: 6/7/2024
Case: 23−70114−JAD     Form ID: 309a     Total: 30

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Lawrence W. Willis | ecf@westernpabankruptcy.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Sarah M Shuller | 414 S. Richard Street | Bedford, PA 15522 | |
| cr | Ally Bank, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | M&T Bank | PO Box 1508 | Buffalo, NY 14240 | |
| 15609561 | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| 15588715 | Ally Financial, Inc | Attn: Bankruptcy | 500 Woodard Ave | Detroit, MI 48226 |
| 15600593 | Ally Financial, Inc | Attn: Bankruptcy | 500 Woodard Ave | Detroit, MI 48226 |
| 15600594 | Bedford County Tax Claims Bureau | 200 South Juliana Street | Bedford, PA 15522 | |
| 15600595 | Capital One | 1500 Capital One Drive | Richmond, VA 23238 | |
| 15588716 | KML Law | 701 Market St #5000 | Philadelphia, PA 19106 | |
| 15600596 | KML Law | 701 Market St #5000 | Philadelphia, PA 19106 | |
| 15593778 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 15588717 | M & T Bank | Attn: Bankruptcy | Po Box 844 | Buffalo, NY 14240 |
| 15600597 | M & T Bank | Attn: Bankruptcy | Po Box 844 | Buffalo, NY 14240 |
| 15603173 | M&T BANK | PO Box 1508, Buffalo, NY 14240 | | |
| 15588718 | Mariner Finance | Attn: Bankruptcy | 8211 Town Center Drive | Nottingham, MD 21236 |
| 15600598 | Mariner Finance | Attn: Bankruptcy | 8211 Town Center Drive | Nottingham, MD 21236 |
| 15605407 | Mariner Finance, LLC | 8211 Town Center Drive | Nottingham, MD 21236 | |
| 15602764 | Midland Credit Management, Inc. | PO Box 2037 | Warren, MI 48090 | |
| 15588719 | Midland Funding/Midland Credit Mgmt | Attn: Bankruptcy | Po Box 939069 | San Diego, CA 92193 |
| 15600599 | Midland Funding/Midland Credit Mgmt | Attn: Bankruptcy | Po Box 939069 | San Diego, CA 92193 |
| 15588720 | Resurgent Capital Services | Attn: Bankruptcy | Po Box 10497 | Greenville, SC 29603 |
| 15600600 | Resurgent Capital Services | Attn: Bankruptcy | Po Box 10497 | Greenville, SC 29603 |
| 15609511 | Truist Bank | Attn: Support Services | P.O. Box 85092 | Richmond, VA 23286 |
| 15588721 | Truist Bank | Po Box 849 | Wilson, NC 27894 | |
| 15600601 | Truist Bank | Po Box 849 | Wilson, NC 27894 | |
| 15588722 | Truist/BB&T | Attn: Bankruptcy | 214 N Tryon St | Charlotte, NC 28202 |
| 15600602 | Truist/BB&T | Attn: Bankruptcy | 214 N Tryon St | Charlotte, NC 28202 |

TOTAL: 27